**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

    v.                                     Case No. 06-cr-139- 01-PB

<u>Bryant Green</u>

**O R D E R**

The defendant has moved to continue the September 6, 2006 trial in the above case, citing the need for additional time to negotiate a plea agreement.  The government does not object to a continuance of the trial date.

Accordingly, in order to allow the parties additional time to negotiate a plea agreement or properly prepare for trial, the court will continue the trial from September 6, 2006 to October 3, 2006.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

      The August 31, 2006 final pretrial conference is continued until September 26, 2006 at 3:30 p.m.

      SO ORDERED.

                                          <u>/s/Paul Barbadoro</u>
                                          Paul Barbadoro
                                          United States District Judge

August 25, 2006

cc:   Robert Daniels, Esq.
      Alfred Rubega, AUSA
      United States Probation
      United States Marshal